**ROB BONTA**
Attorney General of California
**VINCENT DICARLO**
Supervising Deputy Attorney General
**JENNIFER S. GREGORY** (SBN 228593)
Deputy Attorney General
Division of Medi-Cal Fraud & Elder Abuse
   2329 Gateway Oaks Drive, Suite 200
   Sacramento, CA 95833-4252
   Telephone:  (916) 621-1823
   E-mail:  Jennifer.Gregory@doj.ca.gov
   Facsimile:  (916) 274-2929

*Attorney for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, the States of ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, IOWA, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA,** *ex rel.* **Thomas Aland,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**US WORLDMEDS LLC,**<br><br>**Defendants.** | Case No. 2:19-CV-2618 TLN KJN<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO DISMISSAL** |

The State of California ("California"), having declined to intervene in this action pursuant to the California False Claims Act, California Government Code section 12652, subdivision

(c)(6)(B), and each of the named plaintiff States of Arkansas, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington, the Commonwealths of Massachusetts and Virginia, and the District of Columbia (hereinafter, "States") having indicated to California that they join in California's Notice of Election to Decline Intervention and Consent to Dismissal, the Court rules as follows:

IT IS ORDERED that,

1. Only the *qui tam* complaint, California's Notice of Election to Decline Intervention, this Order, and any similar notice and proposed order filed by the United States shall be unsealed and served upon the defendants by the relator. All other contents of the Court's file in this matter shall remain under seal and not be made public or served upon the defendants;

2. To the extent required by any of the States' respective False Claims Acts, the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the States;

3. All orders of this Court shall be sent to California;

4. The States may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the States;

6. All claims asserted on the behalf of the State of Maryland are dismissed without prejudice; and,

7. Should the relator seek voluntary dismissal of the states' claims, the States consent to said dismissal without prejudice as to the States' respective claims.

IT IS SO ORDERED.

Dated: December 5, 2022

Troy L. Nunley
United States District Judge