## RETURN OF SERVICE

**State Of California**  **Eastern District**  **United States District Court**

Case no.: **2:19-CV-02618-TLN-KJN**

Plaintiff: Thomas Aland

Vs

Defendant,.: US WorldMeds LLC

Received by Hessig Process Co. on the 6th day of March, 2023 at 10:46 am to be served on **US WorldMeds, LLC at 4441 Springdale Rd., Louisville, KY 40241**. I, Jonathan Hessig, do hereby affirm that on the 6th day of March 2023 at 11:45 AM., executed service by delivering a true copy of the SUMMONS, COMPLAINT, AND ORDER; in accordance with state statutes in the manner of **corporate service** by serving **Salih Efemdira, desktop technician, authorized to accept on behalf of US WorldMeds. LLC.**

Age **32** Sex **3** Race **White** Height **5'5** Weight **150** Hair **brn** Glasses **no**

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_____ 3/6/23

Process Server # 5399

Appointed in accordance with the State Statute

**Hessig Process**
**17001 Epson Ct.**
**Louisville, KY 40245**
**(502) 553-9950**

## RETURN OF SERVICE

Service of the Summons and complaint was made by me (1)   DATE MARCH 6, 2023

NAME OF SERVER (PRINT) JONATHAN HESSIG   TITLE PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: SALIH Efendira

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/6/23
              Date

Signature of Server

17001 Epson Ct., Louisville, Ky 40245
Address of Server