1   GIBSON, DUNN & CRUTCHER LLP
    BENJAMIN WAGNER, SBN 163581
2       BWagner@gibsondunn.com
    JONATHAN M. PHILLIPS (*pro hac vice*)
3       JPhillips@gibsondunn.com
    1881 Page Mill Road
4   Palo Alto, California  94304-1211
    Telephone:     650.849.5300
5   Facsimile:     650.849.5333

6   *Attorneys for Defendant*
    *US WorldMeds LLC*

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                        SACRAMENTO DIVISION

11  UNITED STATES OF AMERICA, the States of       CASE NO. 2:19-cv-02618-TLN-KJN
    ARKANSAS, CALIFORNIA, COLORADO,
12  CONNECTICUT, DELAWARE, FLORIDA,
    GEORGIA, HAWAII, IOWA, ILLINOIS,
13  INDIANA, LOUISIANA, MARYLAND,                 **STIPULATION AND ORDER FOR**
    MASSACHUSETTS, MICHIGAN,                      **EXTENSION OF TIME FOR**
14  MINNESOTA, MONTANA, NEVADA, NEW               **DEFENDANT TO RESPOND TO THE**
    HAMPSHIRE, NEW JERSEY, NEW MEXICO,            **COMPLAINT AND FOR BRIEFING**
15  NEW YORK, NORTH CAROLINA,                     **SCHEDULE**
    OKLAHOMA, RHODE ISLAND,
16  TENNESSEE, TEXAS, VERMONT,                    Judge:          Hon. Troy L. Nunley
    VIRGINIA, WASHINGTON, and the
17  DISTRICT OF COLUMBIA, *ex rel.* THOMAS        Trial Date:     None set
    ALAND,
18                                                Action Filed:   December 27, 2019
                     Plaintiffs,
19
              v.
20
    US WORLDMEDS LLC,
21
                     Defendant.
22

23

24          WHEREAS, on December 27, 2019, Relator Thomas Aland ("Relator") brought suit in this

25  Court against Defendant US WorldMeds LLC ("USWM") by filing a Complaint on behalf of the

26  United States of America as well as multiple states;

27          WHEREAS, the United States of America declined to intervene in this action on December 1,

28  2022, and the various states declined to intervene in this action on December 2, 2022;

Gibson, Dunn &
Crutcher LLP

WHEREAS, the Complaint was unsealed on December 5, 2022, and Relator served USWM with the Complaint on March 6, 2023;

WHEREAS, USWM currently intends to respond to the Complaint with a motion to dismiss pursuant to Federal Rule of Civil Procedure 12;

WHEREAS, the parties wish to stipulate to an extension of time for USWM to respond to the Complaint, and to set a briefing schedule for USWM's motion to dismiss; and

WHEREAS, no party has previously sought any extension of time in this action;

NOW, THEREFORE, under Local Rules 143 and 144, the parties stipulate to the following briefing schedule on the USWM's forthcoming motion to dismiss, subject to approval of the Court:

- May 5, 2023: Deadline for the USWM to file its motion to dismiss (or to answer the Complaint, should it choose to do that);
- June 5, 2023: Deadline for Relator to file its opposition to any motion to dismiss;
- June 20, 2023: Deadline for USWM to file any reply brief in support of any motion to dismiss;
- Hearing on any motion to dismiss filed by USWM on August 17, 2023 at 2:00 p.m., or the next available hearing date convenient for the Court.

Dated:  March 15, 2023               GIBSON, DUNN & CRUTCHER LLP

By: /s/ Benjamin Wagner
Benjamin Wagner

*Attorneys for Defendant*
*US WorldMeds LLC*

Dated:  March 15, 2023               By: /s/ Richard M. Elias (as authorized on March 15, 2023)
Richard M. Elias
James D. Weakley

*Attorneys for Relator*
*Thomas Aland*

**IT IS SO ORDERED.**


Dated:  March 15, 2023

_____
Troy L. Nunley
United States District Judge