UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of ARKANSAS, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, IOWA, ILLINOIS, INDIANA, LOUISIANA, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, and the DISTRICT OF COLUMBIA, *ex rel.* THOMAS ALAND,<br><br>            Plaintiffs,<br><br>    v.<br><br>US WORLDMEDS,<br><br>            Defendant. | CASE NO. 2:19-cv-02618-TLN-KJN<br><br>**ORDER GRANTING JOINT APPLICATION FOR ORDER GRANTING LEAVE TO EXCEED PAGE LIMITS**<br><br>Judge:         Hon. Troy L. Nunley<br>Trial Date:   None Set<br>Action Filed:  December 27, 2019 |

**THIS MATTER**, having come before the Court by the Parties' Joint Application for Order Granting Leave to Exceed Page Limits ("Joint Application"); and the Court, having considered all papers filed in support of said Joint Application:

**ORDERED** that the Parties' Joint Application is hereby **GRANTED**. Defendant's brief in support of its forthcoming motion to dismiss and Relator's brief in opposition thereof shall not exceed 30 pages. Defendant's reply brief shall not exceed 15 pages.

**SO ORDERED.**

DATED: April 24, 2023

_____
Troy L. Nunley
United States District Judge

Gibson, Dunn & Crutcher LLP

ORDER GRANTING JOINT APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT
CASE NO. 2:19-CV-02618-TLN-KJN